# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS; GARY EVANS; and Minor Plaintiffs A.C., Am.E. and Aa.E., by and through their Guardian Ad Litem, JOHN GARTER,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO; and COUNTY OF SAN DIEGO HEALTH AND HUMAN SERVICES AGENCY,<br><br>Defendants. | Case No.: 17cv815-MMA (JLB)<br><br>**ORDER DENYING JOINT MOTION TO STAY CASE**<br><br>[Doc. No. 142] |

On November 1, 2019, the parties filed a joint motion to stay this action pending a ruling from the Ninth Circuit Court of Appeals in *Dees v. County of San Diego*, No. 17-56621. *See* Doc. No. 142. While the Court acknowledges that the issues presented in *Dees* are substantially similar to those presented in this case, the procedural posture of *Dees* renders a stay inappropriate. In *Dees*, the district court granted the plaintiffs' motion for judgment as a matter of law after the jury rendered a verdict in favor of the defendant. On appeal, the defendant seeks reinstatement of the judgment originally entered in favor of it.

Here, the parties are currently engaging in discovery and no motion for summary

judgment has been filed. Defendants point out in the joint motion that "the Ninth Circuit's decision in *Dees may* directly impact the issues before this Court[.]" *Id.* at 2 (emphasis added). However, the interests of judicial economy do not support a stay where the Ninth Circuit's ruling might not impact the issues pending before this Court. Accordingly, the Court, in its discretion, **DENIES** the joint motion to stay this action. *See Leyva v. Certified Grocers of Cal., Ltd.*, 593 F.2d 857, 863-64 (9th Cir. 1979).

**IT IS SO ORDERED.**

Dated: November 4, 2019

HON. MICHAEL M. ANELLO
United States District Judge