UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS, et al.<br><br>                Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                Defendants. | Case No.: 17-cv-00815-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER REGARDING DEFENDANT COUNTY OF SAN DIEGO'S DEMAND FOR PRODUCTION OF DOCUMENTS, SET THREE, TO PLAINTIFFS KATY WILLIAMS, A.C., AM.E. AND AA.E.**<br><br>**[ECF No. 150]** |

      Before the Court is a joint motion for an order regarding Defendant County of San Diego's demand for production of documents, Set Three, to Plaintiffs Katy Williams, A.C., Am.E., and Aa.E. (ECF No. 150.) Good cause appearing, the Court **GRANTS** the joint motion and issues the following Order:

      1.     Plaintiffs shall provide amended responses to Defendant's Demand for Production of Documents, Set Three, directly to the Court within **fifteen (15) days** of the date of this Order for *in camera* review. If Plaintiffs do not have such records in their possession, they shall serve the applicable mental health providers with HIPAA-compliant

1

authorizations within **five (5) days** of the date of this Order directing the providers to produce such records to the Court for *in camera* review. The purpose of the Court's *in camera* review of these records is as set forth in the May 31, 2019 Order (ECF No. 98), to determine whether the records are proportional to the needs of the case.

2. All records and information produced in response to Defendant's Demand for Production of Documents, Set Three, whether from Plaintiffs or as a result of HIPAA-compliant authorizations signed by Plaintiffs, shall be covered by the November 7, 2019 Protective Order (ECF No. 146).

**IT IS SO ORDERED.**

Dated: November 19, 2019

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge