UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS, et al.<br><br>         Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>         Defendants. | Case No.: 17-cv-00815-MMA (JLB)<br><br>**PROTECTIVE ORDER** |

Upon discussion with counsel during the November 19, 2019 telephonic Status Conference, and without receiving any objection, the Court hereby *sua sponte* enters the following Protective Order:

1. All documents and information received by the parties from Plaintiffs' mental health providers shall be designated and treated as CONFIDENTIAL – ATTORNEY'S EYES ONLY until the Court has an opportunity to review the documents and information and orders otherwise.

**IT IS SO ORDERED.**

Dated: November 19, 2019

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge

1