UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS, et al.,<br><br>                                    Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>                                    Defendants. | Case No.: 17-cv-00815-MMA (JLB)<br><br>**ORDER GRANTING JOINT MOTION FOR ENTRY OF STIPULATION REGARDING CONDUCTING DEPOSITIONS BY REMOTE MEANS**<br><br>**[ECF No. 170]** |

Before this Court is the Parties' Joint Motion for Entry of Joint Stipulation Regarding Conducting Depositions by Remote Means. (ECF Doc. 170.) Good cause appearing, the Court **GRANTS** the joint motion.

Accordingly, **IT IS HEREBY ORDERED:**

Pursuant to Federal Rule of Civil Procedure 30(b)(4), the parties, through their undersigned counsel, jointly stipulate as follows:

1. The depositions of Plaintiffs shall be conducted remotely by an accredited court reporting service, such as Veritext, using the reporting service's remote deposition software and guidelines.

2. The parties have agreed to depositions on following dates:
    a. Katy Williams: July 20, 2020 (recorded transcription, audio, and video);
    b. Gary Evans: July 21, 2020 (recorded transcription, audio, and video);
    c. A.C.: July 17, 2020 (recorded transcription, audio, and video);
    d. Am.E.: July 16, 2020 (recorded transcription, audio, and video);
    e. Aa.E.: July 16, 2020 (recorded transcription, audio, and video).
3. The parties and their counsel (the "Attendees") will abide by the remote court reporting service's guidelines and the following:
    a. At least two days prior to the deposition, counsel for the parties will exchange a complete list of the Attendees, and attendance at the deposition will be limited to these individuals (excluding any staff from Veritext required for the administration of the deposition);
    b. Attendees will connect to the secure video platform at least 10 minutes prior to the scheduled time for the deposition with a webcam equipped laptop, desktop, or tablet and a stable internet connection;
    c. No Attendees, other than the deponent, will be recorded on video. Only their audio will be recorded.
    d. The court reporter or stenographer will not be physically present in the same room as the deponent. The oath will be administered and the stenographic record will be taken remotely;
    e. In lieu of an oath administered in-person, the witness will orally declare his/her testimony in this matter under penalty of perjury as directed by the remote court reporter;
    f. The court reporter will at all times have access to the same interface as the deponent;

g. All Attendees other than the deponent, court reporter, deposing attorney, and objecting attorney will set their audio connection to mute to avoid unintentional noise;

h. If and to the extent that the deponent brings or relies on documents with him or her to the deposition that the deposing party wishes to have marked as exhibits, the witness will email the court reporter and the parties' counsel a full and complete copy of those documents;

i. To the greatest extent possible, the parties will mark and share exhibits using the court reporter's exhibit sharing technology, which facilitates the sharing and review of exhibits through document or screen share features;

j. The deposing party may direct the witness to a certain part of an exhibit during the deposition by using a pointer, drawing or highlighting function as provided by the deposition software or other electronic means;

k. The deponent will position his or her webcam to provide a wide angle sufficient to capture his or her hand and other movements, and to provide a clear picture of the deponent, to the deponent's best ability. The deponent shall not communicate with other plaintiffs, plaintiffs' counsel, or any third party while the deposition is in session and on the record by electronic or telephonic means;

l. Any private communication, such as via phone, private chat, text message or other electronic or virtual means, between the deponent and counsel is strictly prohibited while the deposition is in session and on the record; and

m. Any attorney-client conversations should be held outside the presence of the audio/video interface.

1  Unless otherwise stated, all other rules contained in the Federal Rules of Civil
2  Procedure and Civil Local Rules govern the deposition.

4  Dated: July 9, 2020

*Jill Burkhardt*
Hon. Jill L. Burkhardt
United States Magistrate Judge