# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS, et al.,<br><br>　　　　　　　　　　Plaintiffs,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　Defendants. | Case No.: 17-cv-815-MMA (JLB)<br>**ORDER GRANTING JOINT MOTION;**<br>[Doc. No. 221]<br>**AMENDING PRETRIAL SCHEDULING ORDER** |

On March 19, 2021, the parties filed a joint motion to continue the briefing and hearing date on County of San Diego's (the "County") motion for reconsideration, *see* Doc. No. 220, and pretrial dates and deadlines as set forth in the Court's Pretrial Scheduling Order, *see* Doc. No. 219.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion, **AMENDS** the Pretrial Scheduling Order, and **ORDERS** as follows:

　　1.　**Motion for Reconsideration**: Plaintiffs must file an opposition to the County's motion for reconsideration on or before **May 12, 2021**.  The County's reply, if any, must then be filed on or before **May 19, 2021**.  The Court further **VACATES** the April 19, 2021 hearing on this motion.  Pursuant to Civil Local Rule 7.1.d.1 and Federal Rule of Civil Procedure 78(b), the Court will take the motion under submission upon completion of the briefing and issue a written ruling in due course.

2. **Mandatory Settlement Conference**: A Mandatory Settlement Conference ("MSC") will be conducted on **July 28, 2021** at **9:00 a.m.** in the chambers of Magistrate Judge Jill L. Burkhardt, Edward J. Schwartz U.S. Courthouse, 221 West Broadway, Suite 5140, San Diego, California 92101.  No later than **July 16, 2021**, counsel shall lodge confidential MSC statements with Judge Burkhardt's chambers via e-mail at efile_Burkhardt@casd.uscourts.gov, which fully comply with Judge Burkhardt's Civil Chambers Rules.  All parties are ordered to read and fully comply with all other deadlines and procedures pertaining to the MSC set forth in Judge Burkhardt's Civil Chambers Rules.

3. **Pretrial Disclosures**: Counsel must comply with the pretrial disclosure requirements of Fed. R. Civ. P. 26(a)(3) by **August 9, 2021**.  Failure to comply with these disclosure requirements could result in evidence preclusion or other sanctions under Fed. R. Civ. P. 37.

4. **Motions In Limine**: The parties must file their motions in limine on or before **August 9, 2021**.  The parties must file their opposition briefs on or before **August 23, 2021**.  No reply briefs will be accepted.  *See* Civ. Cham. R. IX.  Motions in limine will be heard at the Final Pretrial Conference.  The parties should consult the undersigned's Civil Chambers Rules, available on the Court's website, for further information and instructions regarding motions in limine.

5. **Memoranda of Contentions of Fact and Law**: The parties must file their Memoranda of Contentions of Fact and Law and take any other action required by Local Rule 16.1(f)(2) on or before **August 9, 2021**.

6. **Final Pretrial Conference**: The Final Pretrial Conference is scheduled for **September 7, 2021** at **2:30 p.m.** in Courtroom 3D.

7. **Pretrial Order**: The parties must submit a joint proposed final pretrial order via email to Judge Anello's official e-file email address, efile_anello@casd.uscourts.gov, on or before **September 24, 2021**.  *See* Civ. Cham. R. X.B.  The parties should consult Civil Local Rule 16.1.f.6.c regarding proper form and content.

8. **Proposed Jury Instructions**: The parties must file proposed jury instructions and verdict forms no later than **5:00 p.m.** on **September 30, 2021**. *See* Civ. Cham. R. X.C.  The parties must simultaneously email an electronic copy (Microsoft Word or Word Perfect format) to the undersigned's e-file email address, efile_anello@casd.uscourts.gov.

9. **Trial Exhibits**: The parties must provide the Court with two copies of their exhibits no later than **3:00 p.m.** on **October 1, 2021**. *See* Civ. Cham. R. X.D.  The parties must deliver their exhibits directly to Chambers on the Third Floor of the Edward J. Schwartz United States Courthouse.

10. **Trial**: Trial is set to begin on **Tuesday, October 5, 2021** at **8:30 a.m.** in Courtroom 3D.

**IT IS SO ORDERED.**

Dated:  March 23, 2021

_____
HON. MICHAEL M. ANELLO
United States District Judge