UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>　　　　　　　　　　　Defendants. | Case No.: 17-cv-00815-MMA (JLB)<br><br>**ORDER CONVERTING MANDATORY SETTLEMENT CONFERENCE TO VIDEO CONFERENCE** |

　　　A continued Mandatory Settlement Conference ("MSC") in this matter is currently scheduled for **July 28, 2021**, at **9:00 AM** in the chambers of Magistrate Judge Jill L. Burkhardt. (ECF No. 222.) In light of the ongoing COVID-19 pandemic, the Court hereby **CONVERTS** the in-person MSC to a video conference at this time. To facilitate this modification, **IT IS HEREBY ORDERED**:

　　　1.　　The Court will use its official ZoomGov video conferencing account to hold the MSC. **IF YOU ARE UNFAMILIAR WITH ZOOM:** Zoom is available on computers through a download on the Zoom website (https://zoom.us/meetings) or on mobile devices through the installation of a free app.[1] Joining a Zoom conference does not

---

[1] If possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance.

require creating a Zoom account, but it does require downloading the .exe file (if using a computer) or the app (if using a mobile device). Participants are encouraged to create an account, install Zoom, and familiarize themselves with Zoom in advance of the MSC.[2] There is a cost-free option for creating a Zoom account.

3. Prior to the start of the MSC, the Court will e-mail each MSC participant an invitation to join a Zoom video conference. Again, if possible, participants are encouraged to use laptops or desktop computers for the video conference, as mobile devices often offer inferior performance. Because Zoom may quickly deplete the battery of a participant's device, each participant should ensure that her or his device is plugged in or that a charging cable is readily available during the video conference. Participants shall join the video conference by following the ZoomGov Meeting hyperlink in the invitation. **Participants who do not have Zoom already installed on their device when they click on the ZoomGov Meeting hyperlink will be prompted to download and install Zoom before proceeding**. Zoom may then prompt participants to enter the password included in the invitation. All participants will be placed in a waiting room until the MSC begins.

4. Each participant should plan to join the Zoom video conference **at least 5 minutes before** the start of the MSC to ensure that the MSC begins on time.

5. Zoom's functionalities will allow the Court to conduct the MSC as it ordinarily would conduct an in-person MSC. That is, the Court will begin the MSC with all participants joined together in a main session. After an initial discussion in the main session, the Court will divide participants into separate, confidential sessions, which Zoom calls Breakout Rooms.[3] In a Breakout Room, the Court will be able to communicate with

---

[2] For help getting started with Zoom, visit: https://support.zoom.us/hc/en-us/categories/200101697-Getting-Started

[3] For more information on what to expect when participating in a Zoom Breakout Room, visit: https://support.zoom.us/hc/en-us/articles/115005769646

participants from a single party in confidence. Breakout Rooms will also allow parties and counsel to communicate confidentially without the Court.

6. Confidential MSC statements shall be lodged no later than **July 16, 2021** and comply with the requirements set forth in § III.C. of Judge Burkhardt's Civil Chambers Rules (updated April 2021). In addition, for each participant listed pursuant to § III.C.1. the statement shall also include:

    a. An **e-mail address** for the participant to receive the Zoom video conference invitation; and

    b. A **telephone number** where the participant may be reached so that if technical difficulties arise, the Court will be in a position to proceed telephonically instead of by video conference. (If counsel prefers to have all participants of their party on a single conference call, counsel may provide a conference number and appropriate call-in information, including an access code, where all counsel and parties or party representatives for that side may be reached as an alternative to providing individual telephone numbers for each participant.)

7. All participants shall display the same level of professionalism during the MSC and be prepared to devote their full attention to the MSC as if they were attending in person.

**IT IS SO ORDERED.**

Dated: July 13, 2021

_____
Hon. Jill L. Burkhardt
United States Magistrate Judge