# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KATY WILLIAMS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SAN DIEGO, et al., <br><br> Defendants. | Case No.: 17-cv-815-MMA (JLB) <br><br> **AMENDED PRETRIAL SCHEDULING ORDER** |

Due to conflicts in the Court's schedule, and after consulting with counsel, the Court **AMENDS** the previously issued pretrial scheduling order as follows:

1. **Final Pretrial Conference**: The Final Pretrial Conference is scheduled for **November 8, 2021** at **2:30 p.m.** in Courtroom 3D.[1]

2. **Pretrial Order**: The parties must submit a joint proposed final pretrial order via email to Judge Anello's official e-file email address, efile_anello@casd.uscourts.gov, on or before **November 26, 2021**. *See* Civ. Cham. R. X.B. The parties should consult Civil Local Rule 16.1.f.6.c regarding proper form and content.

---

[1] The parties' motions in limine, which were filed pursuant to the Court's prior Amended Pretrial Scheduling Order, *see* Doc. No. 222, will be heard at the final pretrial conference. The Court notes that the motions have been fully briefed and therefore the Court will not accept any further briefing prior to the hearing.

3. **Proposed Jury Instructions**: The parties must file proposed jury instructions and verdict forms no later than **5:00 p.m.** on **December 2, 2021**. *See* Civ. Cham. R. X.C. The parties must simultaneously email an electronic copy (Microsoft Word or Word Perfect format) to the undersigned's e-file email address, efile_anello@casd.uscourts.gov.

4. **Trial Exhibits**: The parties must provide the Court with two copies of their exhibits no later than **3:00 p.m.** on **December 3, 2021**. *See* Civ. Cham. R. X.D. The parties must deliver their exhibits directly to Chambers on the Third Floor of the Edward J. Schwartz United States Courthouse.

5. **Trial**: Trial is set to begin on **Tuesday, December 7, 2021** at **8:30 a.m.** in Courtroom 3D.

All other deadlines and requirements set forth in the Court's March 23, 2021 Amended Pretrial Scheduling Order, *see* Doc. No. 222, to the extent not inconsistent with this Order, shall remain as previously set.

**IT IS SO ORDERED.**

Dated: August 30, 2021

HON. MICHAEL M. ANELLO
United States District Judge